UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORNA NORRIS,<br>    Plaintiff,<br><br>    v.<br><br>GENERAL ELECTRIC EMPLOYEES<br>FEDERAL CREDIT UNION,<br>    Defendant. | No. 3:19-cv-741 (SRU) |

## CONFERENCE MEMORANDUM AND ORDER

On October 16, 2019, I held a Rule 16 pretrial conference off the record with Joanne Faulkner, attorney for the plaintiff, Lorna Norris; and Thomas Blatchley, attorney for the defendant, General Electric Employees Federal Credit Union.  We discussed the possibility of settling the case early, and both parties indicated that they are amenable to settlement.  The parties agreed to discuss settlement first amongst themselves, and to notify chambers thereafter if they would like a referral to Judge Fitzsimmons or Judge Garfinkel for further settlement discussions.

We also discussed deadlines and the procedure for addressing discovery disputes, should any arise.  I set November 6, 2019 as the answer deadline, May 31, 2020 as the discovery deadline,[1] and July 31, 2020 as the deadline for dispositive motions.  All other deadlines set forth in the Rule 26(f) Report are extended by two months, except for the deadline of the joint trial memorandum and the trial-ready date, which will be set at a later time.  The Rule 26(f) Report is approved to the extent it is not inconsistent with the terms of this order.

So ordered.

Dated at Bridgeport, Connecticut, this 17th day of October 2019.

---

[1] During the Conference, I set May 31, 2020 as the discovery deadline, which falls on a weekend. Therefore, the deadline will be the following Monday, June 1, 2020.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge