**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LORNA NORRIS, | : |
| Plaintiff, | : CASE NO. 3:19-cv-00741-SRU |
| V. | : |
| GENERAL ELECTRIC EMPLOYEES FEDERAL CREDIT UNION, | : |
| Defendant. | : NOVEMBER 30, 2019 |

**CONSENT MOTION FOR 14-DAY EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to D. Conn. L. Civ. R. 7(b), Defendant General Electric Employees Federal Credit Union ("Defendant") respectfully requests a 14-day extension of time, up to and including, December 21, 2020 within which to answer Plaintiff's Motion for Summary Judgment (Dkt. 58).  Additional time is necessary to evaluate the legal arguments, confer with our client and prepare a response.  Additionally, the undersigned's office was closed for a portion of last week for the Thanksgiving holiday.  This is Defendant's first motion for extension of time.  Plaintiff will not be prejudiced while the parties try in good faith to resolve the case.  Plaintiff's counsel consents to this extension.

WHEREFORE, the Defendant respectfully requests that the Court grant this motion for a 14-day extension of time, and extend the time in which to Respond to Plaintiff's Motion for Summary Judgment.

THE DEFENDANT,
GENERAL ELECTRIC EMPLOYEES FEDERAL
CREDIT UNION

By  */s/ Thomas C. Blatchley*
    Thomas C. Blatchley
    Andrew G. Bullard
    Gordon & Rees Scully Mansukhani, LLP
    95 Glastonbury Boulevard, Suite 206
    Glastonbury, CT 06033
    Phone: 860-494-7525
    Fax: 860-560-0185
    Email: tblatchley@grsm.com
    Email: abullard@grsm.com

## **CERTIFICATION**

      I hereby certify that on this 30th day of November, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

                                                                       */s/ Thomas C. Blatchley*
                                                                       Thomas C. Blatchley