# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORNA NORRIS, | : |
| | : |
| | : CASE NO. 3:19-cv-00741-SRU |
| Plaintiff, | : |
| | : |
| V. | : |
| | : |
| GENERAL ELECTRIC EMPLOYEES | : |
| FEDERAL CREDIT UNION, | : |
| | : JUNE 24, 2021 |
| Defendant. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: June 24, 2021

| For Plaintiff Lucendia Isler | For Defendant General Electric Employees Federal Credit Union |
|---|---|
| */s/ Joanne S. Faulkner* <br> Joanne S. Faulkner (ct04137) <br> 123 Avon Street <br> New Haven, CT 06511-2422 <br> Phone: (203) 772-0395 <br> Email: faulknerlawoffice@snet.net | */s/ Thomas C. Blatchley* <br> Thomas C. Blatchley (ct25892) <br> Andrew Bullard <br> Gordon & Rees LLP <br> 95 Glastonbury Boulevard, Suite 206 <br> Glastonbury, CT 06033 <br> Phone: (860) 494-7525 <br> Email: tblatchley@grsm.com <br> Email: abullard@grsm.com |

## **CERTIFICATION**

    I hereby certify that on June 24, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

                                                      */s/ Thomas C. Blatchley*
                                                      Thomas C. Blatchley, Esq.